| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) KOLLAR-KOTELLY, COLLEEN | 2. Court or Organization United States District Court | 3. Date of Report 07/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
333 Constitution Avenue, NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Robert Shuker Scholarship Memorial Fund |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | D.C. Superior Court Retirement Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | D.C. Superior Court Retirement Fund | $123,978.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-Employed Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KOLLAR-KOTELLY, COLLEEN** | 07/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, ▓▓▓▓▓ | E | Rent | M | W | | | | | |
| 2. PNC National Bank | | None | J | T | | | | | |
| 3. Bank of America | | None | J | T | | | | | |
| 4. DSM Poseidon L.L.C. | | None | K | U | | | | | |
| 5. General Electric Com. St. | B | Dividend | K | T | | | | | |
| 6. Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 7. Sterling One Industrial LLC | D | Dividend | K | U | | | | | |
| 8. Apache Corp. Com. St. | A | Dividend | K | T | | | | | |
| 9. Pioneer Natural Resource Com. St. | A | Dividend | J | T | | | | | |
| 10. Walt Disney Com. St. | A | Dividend | K | T | | | | | |
| 11. Norfolk Southern Com. St. | A | Dividend | K | T | | | | | |
| 12. Wilmington Trust bonds | B | Interest | K | T | | | | | |
| 13. Dupont E.I. Nemour Com. St. | B | Dividend | K | T | Sold (part) | 03/27/14 | J | C | |
| 14. Dominion Resource Com. St. | A | Dividend | K | T | Sold (part) | 12/17/14 | J | C | |
| 15. Vanguard Corp. Bond | B | Interest | K | T | | | | | |
| 16. HCP Inc. Com. St. | B | Dividend | K | T | | | | | |
| 17. Eaton Com. St. | A | Dividend | K | T | Sold (part) | 01/27/14 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Atlas Pipeline Partners Com. St. | B | Dividend | K | T | Buy (add'l) | 02/20/14 | J | | |
| 19. Atlas Pipeline Part. LP | B | Dividend | K | T | Sold (part) | 10/16/14 | J | C | |
| 20. DOW Chemical Com. St. | B | Dividend | K | T | Sold (part) | 01/09/14 | J | C | |
| 21. Anadarko Petroleum Notes | B | Interest | K | T | | | | | |
| 22. SPDR Barclays Capital Bond | C | Interest | K | T | Sold (part) | 08/12/14 | J | C | |
| 23. Eaton Vance Ltd. Notes | B | Interest | K | T | | | | | |
| 24. Apple Inc. Com. St. | A | Dividend | | | Sold | 05/14/14 | L | E | |
| 25. Ishares Gold Trust Com. St. | | None | J | T | Sold (part) | 11/14/14 | J | | |
| 26. Jeffries Group Bonds | A | Interest | K | T | | | | | |
| 27. Buckeye Partners Uts LP Com. St. | A | Dividend | | | Sold | 10/08/14 | J | C | |
| 28. Vodaphone Group PLC ADR Com. St. | A | Dividend | | | Sold (part) | 01/09/14 | J | C | |
| 29. Vodaphone Group PLC ADR Com. St. | A | Dividend | | | Sold | 02/06/14 | K | C | |
| 30. Titan International Inc. Com. Stock | A | Dividend | K | T | Buy (add'l) | 02/20/14 | J | | |
| 31. Titan International Inc. Com. Stock | A | Dividend | K | T | Buy (add'l) | 10/13/14 | J | | |
| 32. Home Depot Com. Stock | A | Dividend | K | T | Buy (add'l) | 05/20/14 | J | | |
| 33. Global X Funds | A | Dividend | K | T | Sold (part) | 09/10/14 | K | C | |
| 34. Powershares Senior Loan Port Com. St. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. United Health Group | A | Dividend | K | T | | | | | |
| 36. Gilead Sciences | | None | K | T | Buy | 10/07/14 | K | | |
| 37. Gilead Sciences Inc. | | None | K | T | Buy (add'l) | 12/17/14 | J | | |
| 38. Bristol-Myers Squibb Com. Stock | A | Dividend | K | T | Buy | 06/24/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 07/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I found that I made 3 errors on the 2013 Financial Disclosure Report (FDR):

• Item 23 – Royal Caribbean Notes. The FDR correctly states that the notes matured on December 1, 2013. Therefore, columns C(1) and (2) in the 2013 FDR should have been blank. Mistakenly, C(1) and (2) have income and value codes indicating that the Royal Caribbean notes were still owned as of December 31, 2013. This is incorrect since all the notes had fully matured on December 1, 2013.

• Item 11 – Harris Corp. Com. Stock has the same type of error. Column D(1) states the stock was sold in part on May 17, 2013. In fact, all of the remaining stock was sold on May 17, 2013. Columns C(1) and (2) should have been blank. Instead, the 2 columns have income and value codes indicating that Harris stock was still owned as of the end of 2013. This was incorrect.

• Item 34 – Buckeye Partners Uts LP. Same error as in Harris. Column D(1) should have only stated sold, not sold (part). Columns C(1) and (2) should have been blank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ COLLEEN KOLLAR-KOTELLY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544